FISCHER PORTER & THOMAS, P.C.
560 Sylvan Avenue, Suite 3061
Englewood Cliffs, NJ 07632
201-569-5959
201-871-4544 fax
Arthur "Scott" L. Porter, Jr., Esq. 9027261984
aporter@fpt-law.com
*Attorneys for Defendant Olympia Lighting, Inc.*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| FORBES PROPERTIES – ORLANDO LLC<br><br>Plaintiff,<br><br>vs.<br><br>OLYMPIA LIGHTING, INC.<br><br>Defendant. | Case No.: 6:21-cv-712<br><br>**ANSWER, DEFENSES, COUNTERCLAIM & CERTIFICATION IN SUPPORT OF MOTION FOR DECLARATORY JUDGMENT PURSUANT TO R. 57** |

## ANSWER

Defendant, Olympia Lighting, Inc. (Defendant), by and through its undersigned attorney, hereby answers the Complaint filed by Plaintiff, as follows:

## COMMON ALLEGATIONS

1. Defendant leaves Plaintiff to its proofs regarding the statement made in Paragraph 1 of the Complaint.

1

2. Defendant is without knowledge as to the truth of the statement made in Paragraph 2 of the Complaint and leaves Plaintiff to its proofs.

3. Paragraph 3 of the Complaint is admitted.

4. Defendant is without knowledge as to the truth of the statement made in Paragraph 4 of the Complaint and leaves Plaintiff to its proofs.

5. Defendant is without knowledge as to the truth of the statement made in Paragraph 5 of the Complaint and leaves Plaintiff to its proofs.

## **COUNT I – BREACH OF WARRANTY**

6. Defendant adopts and incorporates herein its answers to paragraphs 1 through 5, above.

7. Paragraph 7 of the Complaint is denied.

8. Defendant is without knowledge as to the truth of the statement made in Paragraph 8 of the Complaint and leaves Plaintiff to its proofs.

9. Defendant is without knowledge as to the truth of the statement made in Paragraph 9 of the Complaint and leaves Plaintiff to its proofs.

10. Paragraph 10 of the Complaint is denied.

11. Defendant is without knowledge as to the truth of the statement made in Paragraph 11 of the Complaint and leaves Plaintiff to its proofs.

12. Defendant is without knowledge as to the truth of the statement made in Paragraph 12 of the Complaint and leaves Plaintiff to its proofs.

13. Paragraph 13 of the Complaint is denied.

14. Paragraph 14 of the Complaint is denied.

WHEREFORE, Defendant, Olympia Lighting, demands judgment in its favor dismissing Plaintiff's Complaint with Prejudice, and providing Defendant with counsel fees and such other relief as the court may deem just.

## DEFENSES

1. Plaintiff's claim is barred for failure to state a claim upon which money damages can be awarded.

2. Plaintiff's claim is barred by the equitable doctrines of laches, estoppel, waiver and unclean hands.

3. Plaintiff's claim is barred because Defendant violated no duty owing to Plaintiff.

4. Plaintiff's claim is barred because the specific provisions of the cited warranty obligate Defendant to either replace or repair any faulty product, and Plaintiff is entitled to no monetary damages pursuant to the alleged warranty.

5. Plaintiff's claim is barred because it is frivolous.

6. Plaintiff's claim is barred because Plaintiff has not been and will not be damaged.

7. Plaintiff's claim is barred because any damages Plaintiff may have suffered are the result of its own actions or inactions.

8. Plaintiff's claim is barred because any damages Plaintiff may have suffered are the result of the actions of third parties over whom Defendant exercised no control.

9. Defendant violated no duty owing to Plaintiff at any time and place alleged in the Complaint.

10. Plaintiff's claim is barred because Defendant's actions of which Plaintiff complains were reasonable, warranted, and justified.

11. Plaintiff's claim is barred because Plaintiff has received the benefit of its bargain.

12. Plaintiff's claim is barred because Plaintiff failed to take reasonable steps to avoid or mitigate its damages.

13. At all relevant times, the Defendant acted in good faith in dealing with Plaintiff.

14. Plaintiff's claim is barred because it had been brought maliciously for the sole purpose of injuring the Defendant.

## JURY DEMAND

Defendant demands trial by jury on all claims so triable.

## COUNTERCLAIM

Defendant Olympia Lighting, Inc. ("Olympia") as its counterclaim and in support of its request for Declaratory Judgment, says as follows:

1. Defendant Olympia is a New Jersey corporation.

2. Olympia is based in Northvale, New Jersey.

3. Olympia was created in 2011 and provides LED Retrofit lamps and lighting fixtures.

4. Olympia entered into several orders with Plaintiff to provided LED lamps for The Mall at Millenia.

5. Olympia provided Plaintiff with a warranty for the LED lamps for five years or 50,000 hours. The warranty reads, in relevant part, "The Company (Olympia) agrees, **at its option** during the warranty period, to furnish equal product in exchange, provided the product is delivered by its Owner to us all transportation charges prepaid, **or** to repair any defect in material workmanship" (emphasis added). A copy of the warranty is attached hereto and made a part hereof as Exhibit "A".

6. The warranty provides no mechanism for providing monetary damages. The warranty provides Olympia the choice to replace or repair any alleged faulty product.

7. Olympia has provided replacement product on numerous occasions, most recently on May 26, 2021. See email confirmations attached hereto as Exhibit "B".

8. In addition, the warranty also states, "Failure of the Product is defined as more than 3% of its total LED chip count". See Exhibit "A".

9. Plaintiff includes in its complaint three separate transactions with Olympia, yet fails to enunciate with any specificity which LED lights are allegedly faulty and from which separate transaction the alleged faulty product came. Plaintiff cannot specify with certainty if more than 3% from any one or more of the three separate and distinct transactions contained faulty product. Therefore, Plaintiff has no breach of warranty claim.

10. Plaintiff has failed to state a claim upon which relief can be granted because Plaintiff has sued Olympia on breach of warranty and seeks monetary damages. Even assuming, arguendo, that any of the product is faulty to extent it is covered by the warranty, the remedy is limited to repairing or replacing any faulty product. Monetary damages are not

covered by the warranty. As shown in paragraph 7, above, Defendant continues to abide by the warranty by sending replacement parts.

11. Defendant Olympia now seeks a Declaratory Ruling that Plaintiff has no claim under the warranty for monetary damages and Olympia has, in fact, replaced alleged faulty pursuant to said warranty, and further, that Plaintiff has failed to state a claim upon which relief can be granted.

12. Defendant has a bona fide, actual present need for the declaration as Defendant's business is suffering as a result of defending against this action, where no action should have been brought, and which there is no actual claim.

13. A declaration in this matter deals with the present, ascertained facts in that the warranty clearly states that Plaintiffs' remedies are repair or replacement and not monetary damages.

14. There exists a right for Defendant to demand this declaration as the facts clearly show, as depicted in Exhibit "A", that Plaintiff has no right to claim monetary damages in this instance.

15. Defendant reasonably has an actual, present, adverse, and antagonistic in the subject matter of this dispute, in that Plaintiff has brought this matter seeking monetary damages, which are clearly not contemplated by the warranty in which Plaintiff relies.

16. These antagonistic and adverse interests are all before this Court by proper process and the relief sought is not merely the giving of legal advice by the Court or the answer to a question propounded to the Court from curiosity, but Defendant seeks a declaratory ruling that Plaintiff has no cause of action for monetary damages based on the Warranty which forms the basis of its claim, and offers only repair and replacement, and not monetary damages.

WHEREFORE, Defendant Olympia Lighting, Inc., demands judgment that the Court, pursuant to 28 USC §§ 2201-2202, Fla. Stat. §86.011 et. Seq. and FRCP R. 57, and FRCP R. 12(b)(6) make a judicial determination:

1) That the respective rights and legal relationship created between the parties pursuant to the written instrument of the warranty (Exhibit "A") are that Plaintiff is not entitled to a monetary award and the sole remedy pursuant to the warranty is repair or replacement of any alleged faulty product, and Defendant has performed pursuant to such warranty (See Exhibit "B"); and

2) That the Plaintiff has no rights whatsoever to monetary damages by reason of the written instrument known as the warranty, and has failed

to state a claim upon which relief can be granted, pursuant to F.R.C.P. R. 12(b)(6); and

3) For declaratory judgment on the pleadings dismissing Plaintiff's Complaint with Prejudice; and

4) For costs and disbursements of this action, together with such other relief as the court deems proper.

Dated this _15th___ day of __June____, 2021

> FISCHER PORTER & THOMAS, P.C.
> Counsel for Defendant
> 560 Sylvan Avenue, Suite 3061
> Englewood Cliffs, NJ 07632
> Telephone: (201) 569-5959
> Facsimile: (201) 871-4544
>
> By: */s/ Arthur "Scott" L. Porter, Esq.*
>       Arthur "Scott" L. Porter, Esq.

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing Answer, Defenses and Counterclaim was furnished via CM/ECF and by Regular Mail and Email to:

Eric C. Reed, Esq.
Shutts & Bowen
300 S. Orange Avenue, Suite 1600
Orlando, Florida 32801-5403
Attorneys for Plaintiff Forbes Properties – Orlando LLC

this day 15th of June, 2021.

            /s/ Arthur L. Porter, Jr./s/
            Attorney for Defendant Olympia Lighting, Inc.

# Exhibit A

## 50,000 Hours / Five Years Limited Warranty

Olympia Lighting Inc. (the Company) warrants to the Original Purchaser (the Owner) that the products delivered hereunder will be free of defects in material and workmanship for a period of 50,000 Hours or Five Years (whichever comes first) from the date of purchase provided no alterations whatsoever are made on the products and the products are used in accordance with the printed instructions.

The Company agrees, at its option during the warranty period, to furnish an equal product in exchange, provided the product is delivered by its Owner to us all transportation charges pre-paid, or to repair any defect in material or workmanship. The Company further agrees to maintain certain inventory of equal product to the products delivered in its NJ warehouse for service or replacement as maybe required at its sole discretion. No agent, representative, dealer or employee of the Company has the authority to increase or to alter obligations or limitations of this warranty.

In no event shall the company be liable for any consequential or incidental damage resulting from any cause or from breach of this or any other warranty, expressed or limited, whatsoever, even if the loss or damage is caused by the company negligence or fault. Some states do not allow the exclusions or limitations of incidental or consequential damages, so the above limitation may not apply to you. This warranty gives specific legal rights to you and may also have other rights, which may vary from state to state.

This limited warranty does not cover: (a) Loss, damage, failure due to abuse, negligence, mishandling, alteration, accident, electrical current fluctuations, disassembly, or modification of any part of the product, or loss due to cosmetic damage, or damage due to nature or acts of God. Failure of the Product is defined as more than 3% of its total LED chip count. This warranty is null and void if the Product is not installed within the manufacturer's guidelines of voltage and current. Excessive high VOLTAGE or HEAT will have the potential to burn out the LED or Lamp. (b) Loss, damage, failure, defects due to the failure to follow proper installation, operating, maintenance, or environmental instructions or due to loss of or damage to the Product in reinstallation of any product, nor for the expense accumulated thereof. (c) The Company and its suppliers, are not responsible under any circumstance for the removal of, or reinstallation of any product, or for the expense accumulated thereof. This warranty shall not apply to any accessories used with the product or to any damage, which they may cause.

Defective units shall be returned postage pre-paid, with original packing and a copy of your sales receipt to: Olympia Lighting, Inc., 148 Veterans Dr., Northvale, NJ 07647.



**OLYMPIA LIGHTING, INC.**
*148 Veterans Dr., Northvale, NJ 07647, USA*
*Toll free 1 (866) 738 0008 • Email: info@OlympiaLighting.com*
OLYMPIA® is a registered trade mark of Olympia Lighting, Inc.
© Copyrights reserved, Olympia Lighting, Inc. USA 2016

# Exhibit B



John Schlamp <jschlamp@fpmtlaw.com>

## The Mall at Millenia Parking lot lights
1 message

Ram Shalvi (OLYMPIA) <RShalvi@olympialighting.com>                                      Tue, Jun 1, 2021 at 3:20 PM
To: "Scott Porter (FPT Law)" <aporter@fpmtlaw.com>
Cc: "John Schlamp (FPT Law)" <jschlamp@fpt-law.com>, "Judy Shalvi (OLYMPIA LIGHTING)" <judy@olympialighting.com>

Hello Scott –

Below update for Curt at the mall.

Let me know if you heard any more from their attorney ?

Best – Ramy

---

**From:** Ram Shalvi (OLYMPIA) <RShalvi@Olympialighting.com>
**Sent:** Tuesday, June 1, 2021 3:19 PM
**To:** 'Curt Taylor' <ctaylor@mallatmillenia.com>
**Cc:** 'Steven Jamieson' <sjamieson@mallatmillenia.com>; 'EReed@shutts.com' <EReed@shutts.com>
**Subject:** The Mall at Millenia Parking lot lights

Hello Curt,

We just received the New Batch of 20 LED Drivers + Lamps.

We are testing them 100% and will send them over to you in 2~3 Days.

Best regards,

Ram Shalvi (Ramy)



Smart LED Lighting

# OLYMPIA LIGHTING, INC.

148 Veterans Dr., Northvale NJ 07647, USA

Tollfree: +1 (866) 738 – 0008

Tel.: +1 (201) 812 – 7880 • Fax: +1 (201) 367 – 3858

Website: www.OlympiaLighting.com

OLYMPIA® is a registered trademark of Olympia Lighting, inc.

D-U-N-S # 07-961-2301 • CAGE Code: 83DF0

 

**Confidentiality Statement:** This document and any attachments thereto may contain private, confidential, and privileged material for the sole review of the intended recipient. Any use, review, copying, or distribution of this document or any attachments thereto is strictly prohibited.


**From:** Curt Taylor <ctaylor@mallatmillenia.com>
**Sent:** Wednesday, May 26, 2021 2:56 PM
**To:** Ram Shalvi (OLYMPIA) <RShalvi@Olympialighting.com>
**Cc:** Steven Jamieson <sjamieson@mallatmillenia.com>; EReed@shutts.com
**Subject:** Re: The Mall at Millenia Parking lot lights


Thank you



**Curt Taylor | Facilities Director |** ctaylor@MallatMillenia.com |

**The Mall at Millenia | 4200 Conroy Road Orlando, FL 32839 | P. 407.363.5338 | F. 407.363.6877 |**

---

**From:** "Ram Shalvi (OLYMPIA)" <RShalvi@Olympialighting.com>
**Date:** Wednesday, May 26, 2021 at 2:34 PM
**To:** Curt Taylor <ctaylor@mallatmillenia.com>
**Cc:** Steven Jamieson <sjamieson@mallatmillenia.com>, "EReed@shutts.com" <EReed@shutts.com>
**Subject:** The Mall at Millenia Parking lot lights

Good afternoon Curt,

FedEx Delivered to you yesterday 24 LED Drivers + Protection Device & SPD sent via FedEx Tracking / AWB # 787345914234. Packing List for this shipment is attached. For the sake of expedited delivery, we tested the LED Drivers you returned to us and we found some of them to be in good working order, and then we added a Protection Device to prevent any potential failure.

Another Batch of 20 LED Drivers + Lamps was shipped from our Factory, and we expect to ship it to you Next Week. These are all with new and improved LED Drivers, and we will add the Protection Device to ensure longevity of the Drivers.

Best regards,

Ram Shalvi (Ramy)



Smart LED Lighting

## OLYMPIA LIGHTING, INC.

148 Veterans Dr., Northvale NJ 07647, USA

Tollfree: +1 (866) 738 – 0008

Tel.: +1 (201) 812 – 7880 • Fax: +1 (201) 367 – 3858

Website: www.OlympiaLighting.com

OLYMPIA® is a registered trademark of Olympia Lighting, inc.

**D-U-N-S # 07-961-2301 • CAGE Code: 83DF0**

 

**Confidentiality Statement:** This document and any attachments thereto may contain private, confidential, and privileged material for the sole review of the intended recipient. Any use, review, copying, or distribution of this document or any attachments thereto is strictly prohibited.

---

On May 17, 2021, at 10:32 AM, Curt Taylor <ctaylor@mallatmillenia.com> wrote:

Ramy,

Currently we have 18 lamps that will not reset. Please send 24 lamps and drivers so we get them back online.

Respectfully,
Curt

**Curt Taylor | Facilities Director |** ctaylor@MallatMillenia.com **|**

**The Mall at Millenia | 4200 Conroy Road Orlando, FL 32839 | P. 407.363.5338 | F. 407.363.6877 |**



John Schlamp <jschlamp@fpmtlaw.com>

## Fwd: The Mall at Millenia Parking lot lights--MADE MINOR CHANGES
1 message

Arthur Porter <aporter@fpmtlaw.com>                                                Wed, May 26, 2021 at 12:24 PM
To: "Ram Shalvi (OLYMPIA LIGHTING)" <RShalvi@olympialighting.com>, Ram Shalvi <ramy@olympialighting.com>
Cc: John Schlamp <jschlamp@fpt-law.com>

Good morning Curt,

FedEx Delivered yesterday 24 LED Drivers + Protection Device & SPD sent via FedEx Tracking / AWB # 787345914234. Packing List for this shipment is attached. For the sake of expedited delivery, we tested the LED Drivers you returned to us and we found them to be in good working order, and then we added a Protection Device to prevent any potential failure.

Another Batch of 20 LED Drivers + Lamps was shipped from our Factory, and we expect to ship it to you Next Week. These are all with new and improved LED Drivers, and we will add the Protection Device to ensure longevity of the Drivers.

Let me know if you have any questions.

Best regards,

Ram Shalvi (Ramy)



Smart LED Lighting

**OLYMPIA LIGHTING, INC.**
148 Veterans Dr., Northvale NJ 07647, USA
Tollfree: +1 (866) 738 – 0008
Tel.: +1 (201) 812 – 7880 • Fax: +1 (201) 367 – 3858
Website: www.OlympiaLighting.com

OLYMPIA® is a registered trademark of Olympia Lighting, inc.
D-U-N-S # 07-961-2301 • CAGE Code: 83DF0




**Confidentiality Statement:** This document and any attachments thereto may contain private, confidential, and privileged material for the sole review of the intended recipient. Any use, review, copying, or distribution of this document or any attachments thereto is strictly prohibited.

**From:** Ram Shalvi (OLYMPIA LIGHTING) <RShalvi@olympialighting.com>
**Sent:** Wednesday, May 19, 2021 3:00 PM
**To:** Curt Taylor <ctaylor@mallatmillenia.com>
**Cc:** Steven Jamieson <sjamieson@mallatmillenia.com>; EReed@shutts.com
**Subject:** The Mall at Millenia Parking lot lights

Hello Curt,

We shipped 24 LED Drivers + Protection Device & SPD today via FedEx Tracking / AWB # 78734513234.

Another shipment of LED Drivers + Lamps will ship to you by end of Next Week.

Best regards,


      Ramy
(Ramy@OlympiaLighting.com)


OLYMPIA LIGHTING, INC.
www.OlympiaLighting.com
Toll Free : 1-866-738-0008


Sent from my iPhone

On May 17, 2021, at 10:32 AM, Curt Taylor <ctaylor@mallatmillenia.com> wrote:

Ramy,

Currently we have 18 lamps that will not reset. Please send 24 lamps and drivers so we get them back online.

Respectfully,
Curt

**Curt Taylor | Facilities Director |** ctaylor@MallatMillenia.com **|**
**The Mall at Millenia | 4200 Conroy Road Orlando, FL 32839 | P. 407.363.5338 |**
**F. 407.363.6877 |**